71,370-01

Date: Dec. 27, 2015

FROM: IVAN JOSE MANZANO #14[illegible]
Estelle Unit, 264 F[illegible]
Huntsville, TX., 77320-33[illegible]

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

TO: Texas Court of Criminal Appeals,
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Re: Writ No. WR-71,370-01 (See in the back)

Dear Clerk,

This document contains some
pages that are of poor quality
at the time of imaging.

For some years by this time I have in my hands a white card from the Court where a remand order issued by the Court is the highlited item. There are 6½ years from that time until today's day and I never received a copy of that said remand order, neither the Court's final decision. Could you please, send me a copy of both as soon it can be done? Thank. Respectfully submitted by:

The said writ number would arise from:

- 2003 - 876 - C
- 2003 - 876 - C 2 A

The case was styled as:
- The State of Texas v. Iuan Jose Manzano